

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-18-00151-CR

Alejandro **ESPARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 13368CR
Honorable Robert Cadena, Judge Presiding

# O R D E R

The trial court's certifications in these appeals state "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's records contain a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; Rule 25.2(a)(2) applies. *See* TEX. R. APP. P. 25.2(a)(2).

This court must dismiss these appeals "if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." *Id.* R. 25.2(d); *see Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

We ORDER Appellant to cause an amended trial court certification to be filed in this court for each appeal within THIRTY days of the date of this order showing Appellant has the right of appeal in each case. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). If no amended trial court certifications are filed as ordered, these appeals will be dismissed. *See* TEX. R. APP. P. 25.2(d).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court